UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES | ) | CASE NO.: 2:09CR00017-1 |
| vs. | ) | Violation of Supervised Release |
| JASON R. MAYNOR, | ) | |
| Defendant. | ) | |

## ORDER

Application for leave of absence has been requested by J. Wrix McIlvaine for the following periods:

Wednesday, September 17, 2014 through and including Monday, September 22, 2014;
Friday, October 10, 2014 through and including Monday, October 13, 2014;
Monday, November 24, 2014 through and including Friday, November 28, 2014;
Monday December 22, 2014 through and including Friday, January 2, 2015

The above and foregoing request for leave of absence is approved.

SO ORDERED this 27th day of August, 2014.

James E. Graham
United States Magistrate Judge
Southern District of Georgia